PROB 12C
(7/93)

Report Date: May 15, 2015

# United States District Court

**FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON**

for the

Eastern District of Washington

**May 15, 2015**

**SEAN F. McAVOY, CLERK**

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Joshua Marez | Case Number: 0980 2:13CR02043-EFS-1 |
| Address of Offender: ▇▇▇▇▇▇▇▇▇▇ Sunnyside, Washington 98944 | |

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: September 11, 2013

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1) | |
| Original Sentence: | Prison 10 months;<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Ian Lloyd Garriques | Date Supervision Commenced: November 30, 2013 |
| Defense Attorney: | Alex B. Hernandez, III | Date Supervision Expires: November 29, 2016 |

### PETITIONING THE COURT

To issue a warrant and incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 1/14/2015.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Mandatory Condition # 4**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.<br><br>**Supporting Evidence**: On May 1, 2015, Mr. Marez admitted to having consumed methamphetamine on April 29, 2015.<br><br>On May 6, 2015, Mr. Marez submitted to urinalysis (UA) testing at Merit Resource Services (Merit). The UA test results were presumptive positive for methamphetamine. The specimen was sent to the lab for confirmation testing. On May 11, 2015, the results were confirmed positive for methamphetamine. |
| 5 | **Standard Condition # 9**: The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer. |

**Supporting Evidence**: On May 1, 2015, Mr. Marez was operating a motor vehicle and was pulled over by Grandview Police Department officer. One of the two passengers in Mr. Marez' vehicle was Lizbet Rivera-Nunez, a known felon and drug user. Mr. Marez associated with Ms. Nunez without permission.

6     **Special Condition # 17**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On April 9, 2015, Mr. Marez failed to report to Merit and submit to random UA tests per the color line.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 05/15/2015

s/Arturo Santana

Arturo Santana
U.S. Probation Officer

---

THE COURT ORDERS

[ ]    No Action
[X]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[X]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[X]    Defendant to appear before the Magistrate Judge.
[ ]    Other

Signature of Judicial Officer

May 15, 2015

Date