PROB 12C
(7/93)

Report Date:  October 29, 2015

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Joshua Marez          Case Number: 0980 2:13CR02043-EFS-1

Address of Offender:          th

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: September 11, 2013

| | | | |
|---|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1) | | |
| Original Sentence: | Prison 10 months; TSR - 36 months | Type of Supervision: Supervised Release | |
| Asst. U.S. Attorney: | Ian Lloyd Garriques | Date Supervision Commenced: August 17, 2015 | |
| Defense Attorney: | Alex B. Hernandez, III | Date Supervision Expires: August 16, 2017 | |

### PETITIONING THE COURT

### To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 17**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: Mr. Marez admitted to having consumed methamphetamine on October 15, 2015, and October 24, 2015.

On October 20, 2015, this officer met with Mr. Marez at his residence.  Mr. Marez disclosed that he submitted to urinalysis (UA) testing at Merit Resource Services (Merit) and his test results were positive for methamphetamine.  Mr. Marez stated that he consumed methamphetamine as soon as he returned home from inpatient substance abuse treatment at Pioneer Center East (PCE) in Spokane.

On October 27, 2015, this officer met with Mr. Marez at his residence to conduct a UA test. Mr. Marez provided a UA which tested presumptive positive for methamphetamine.  The offender admitted to having consumed methamphetamine on October 24, 2015.

Prob12C
**Re: Marez, Joshua**
**October 29, 2015**
**Page 2**

2    <u>**Standard Condition # 3**</u>: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

**Supporting Evidence**: Mr. Marez failed to report in person to the U.S. Probation Office in Yakima on October 16, 2015, and October 26, 2015.

On October 15, 2015, this officer spoke with Mr. Marez upon his discharge from PCE. Mr. Marez was instructed to report in person to the U.S. Probation Office in Yakima on October 16, 2015, but he failed to report as directed.

On October 20, 2015, Mr. Marez was instructed to report in person to the U.S. Probation Office in Yakima on October 26, 2015, but he once again failed to report as directed.

3    <u>**Special Condition # 17**</u>: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Marez failed to report to Merit to submit to random UA testing on October 22, 2015, and October 23, 2015.

On October 21, 2015, Mr. Marez was directed to call the Merit color line system for random UA testing. On October 23, 2015, this officer was informed by Merit personnel that Mr. Marez failed to show for a UA test on October 22, 2015. When contacted about his missed UA he stated he forgot. Mr. Marez was then instructed to report to Merit for a UA test on October 23, 2015, but he once again failed to report as directed.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    10/29/2015

s/Arturo Santana

Arturo Santana
U.S. Probation Officer

THE COURT ORDERS

[  ]    No Action
[XX]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[  ]    Other

Prob12C
**Re: Marez, Joshua**
**October 29, 2015**
**Page 3**

_Edward F. Shea_

_____

Signature of Judicial Officer

October 30, 2015

_____

Date