PROB 12C
(6/16)

Report Date: November 29, 2016

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 29, 2016

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Joshua Marez                Case Number: 0980 2:13CR02043-EFS-1

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: September 11, 2013

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1) | |
| Original Sentence: 09/11/2013 | Prison - 10 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence: 07/22/2015 | Prison - 3 months; TSR - 24 months | |
| Revocation Sentence: 11/13/2015 | Prison - 4 months; TSR - 12 months | |
| Asst. U.S. Attorney: | Ian Lloyd Garriques | Date Supervision Commenced: February 26, 2016 |
| Defense Attorney: | Alex B. Hernandez, III | Date Supervision Expires: February 25, 2017 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 17**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Mr. Marez admitted consuming an illegal controlled substance, methamphetamine, on July 11, August 28, and November 17, 2016. |

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Special Condition # 17**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |

Prob12C
**Re: Marez, Joshua**
**November 29, 2016**
**Page 2**

**Supporting Evidence**: Mr. Marez failed to report to Merit Resource Services for random urinalysis testing on November 7 and 15, 2016.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    11/29/2016

s/Arturo Santana

Arturo Santana
U.S. Probation Officer

THE COURT ORDERS

[ ]    No Action
[X]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[ ]    Other

Signature of Judicial Officer

November 29, 2016
Date